# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN HARRISON** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 18-3829** |
| **STATE OF LOUISIANA** | **SECTION: "B"(5)** |

## ORDER

The Court, having considered the complaint/petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff/Petitioner to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that this matter is dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B).

New Orleans, Louisiana, this 15th day of May, 2018.

IVAN L.R. LEMELLE
SENIOR UNITED STATES DISTRICT JUDGE